# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0624
Lower Tribunal No. 22-46097-CC-23
_____

**Zuriagne Montalvo Solis,**
Appellant,

vs.

**Truist Bank, etc.,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Ayana Harris, Judge.

Zuriagne Montalvo Solis, in proper person.

Marcadis Singer P.A., and Robert J. Lindeman (Tampa), for appellee.

Before FERNANDEZ, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.  See Fla. R. Civ. P. 1.070(j) ("If service of the initial process and initial pleading is not made on a defendant within 120 days . . . *the court*, on its own initiative after notice or on motion, must direct that service be effected within a specified time . . . ." (emphasis added)); Borden v. E.-Eur. Ins. Co., 921 So. 2d 587, 591 (Fla. 2006) ("Service of process . . . notif[ies] a party of a legal claim and . . . enables the court to exercise jurisdiction over the defendant and proceed to judgment."); Aills v. Boemi, 29 So. 3d 1105, 1108 (Fla. 2010) ("fail[ing] to advance the specific ground of objection relied upon by the district court for reversal . . . was not preserved for appellate review."); Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); Proctor v. Schomberg, 63 So. 2d 68, 70 (Fla. 1953) ("[T]he statute of limitations is an affirmative defense and must be pleaded.  It cannot be taken advantage of by a motion to dismiss.").